# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

JOSHUA J. SHINEFLEW
ADC #134509                                                                                               PLAINTIFF

V.                                          5:07CV000145 JLH/JTR

ARKANSAS DEPARTMENT OF CORRECTION                                             DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1.  Pursuant to the screening function mandated by 28 U.S.C. § 1915A, Plaintiff's § 1983 Complaint (docket entry #2) is DISMISSED, WITH PREJUDICE, for failing to state a claim upon which relief may be granted.

2.  The dismissal of this action CONSTITUTES a "strike," as defined by 28 U.S.C. § 1915(g).

3.  The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith.

Dated this 10th day of July, 2007.

*/s/ J. Leon Holmes*
UNITED STATES DISTRICT JUDGE